1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  MARIA RAMOS and FLORENCIO M. RAMOS, )
                                      )
8                          Plaintiff,  )      Case No. 2:13-cv-00718-GMN-GWF
                                      )
9  vs.                                )      **ORDER**
                                      )
10  SMITH'S FOOD AND DRUG CENTERS, INC., )
                                      )
11                        Defendant.  )
   _____)

12

13        This matter is before the Court on the parties' failure to file a joint pretrial order required by

14  LR 26-1(e)(5).  The Stipulation and Order to Extend Time for Discovery (Second Request) (#23) filed

15  December 4, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later

16  than February 24, 2014.  There are no dispositive motions pending.  To date, the parties have not

17  complied.  Accordingly,

18        **IT IS ORDERED** that

19        1.      Counsel for the parties shall file a joint pretrial order which fully complies with the

20  requirements of LR 16-3 and LR 16-4 no later than **March 17, 2014**.  Failure to timely comply will

21  result in the imposition of sanctions up to and including a recommendation to the District Judge that the

22  complaint be dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

23        2.      The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be

24  included in the pretrial order.

25        DATED this 6th day of March, 2014.

26

27  _____
   GEORGE FOLEY, JR.
28  United States Magistrate Judge