JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA RAMOS and FLORENCIO M. RAMOS, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a foreign corporation; DOES I through X, inclusive; and DOE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-00718-GMN-GWF<br><br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, all parties and their counsel participated in a private mediation which resulted in the parties agreeing to a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between DAVID M. MOORE, ESQ. of the law firm EDWARD M. BERNSTEIN & ASSOCIATES for Plaintiffs MARIA RAMOS and FLORENCIO M. RAMOS, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

///

///

///

///

///

///

CLAC 2478804.1

1. That this case, including all claims of Plaintiffs MARIA RAMOS and FLORENCIO M. RAMOS against Defendant SMITH'S FOOD & DRUG CENTERS, INC., shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2. That the Settlement Conference as ordered by the Court to take place on May 22, 2014, be vacated.

Respectfully submitted this 24th day of April, 2014.

| EDWARD M. BERNSTEIN & ASSOCIATES | COOPER LEVENSON, P.A. |
|---|---|
| /s/ David M. Moore<br>DAVID M. MOORE, ESQ.<br>Nevada Bar No. 008580<br>500 South Fourth Street<br>Las Vegas, NV 89101<br>(702) 471-5735<br>Attorneys for Plaintiffs<br>MARIA RAMOS and<br>FLORENCIO M. RAMOS | /s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

## ORDER

IT IS SO ORDERED. Case dismissed, with prejudice and the Settlement Conference scheduled for May 22, 2014, is hereby vacated.

**DATED** this 24th day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

CLAC 2478804.1